IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:02CR312 |
| v. | |
| FROYLAN CEBALLOS | ORDER |
| Defendant. | |

This matter is before the court on defendant's motion for free copies, Filing No. 265. Defendant requests copies of his arrest warrant, indictment and the docket sheet. The Clerk of Court has responded to an identical request and denied the same, based on a lack of payment for these copies. Filing No. 264. Further, defendant has nothing pending before the court. Accordingly, the court will deny this motion.

THEREFORE, IT IS ORDERED THAT defendant's motion for free copies, Filing No. 265, is denied.

Dated this 13th day of January, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge